United States District Court
Southern District of Texas
**ENTERED**
April 05, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| Amilcar Eugen Bautista-Velasco, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action H-18-3410 |
| | § | |
| Lorie Davis, | § | |
| Respondent. | § | |

# Order of Adoption

On March 14, 2019, Magistrate Judge Peter Bray filed a memorandum and recommendation recommending that the court deny Amilcar Bautista-Velasco's petition. (D.E. 12.) No objections were filed. The court adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed April __5__, 2019, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge